UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-343 (SHS) |
| -against- | : | <u>ORDER</u> |
| DIELONG WU, | : | |
| Defendant. | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the sentencing is adjourned to November 13, 2023, at 9:30 a.m.

Dated: New York, New York
      October 13, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.